# United States District Court

UNITED STATES  DISTRICT OF  DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Defendant: Morton L. Wells

Case Number: 05-358 CR

FILED
SEP 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon motion of the __GOVERNMENT__, it is ORDERED that a detention hearing is set for __October 4, 2005__ * at __9:30 AM__
                                               Date                              Time

before __The Honorable Royce C. Lamberth__
            Name of Judicial Officer

__Courtroom #21  4th Floor.__
            Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
            Other Custodial Official

Date: __9-29-05__                                    _Royce C. Lamberth_
                                                        Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.