```
                         IN THE
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

                         * * *
```

**UNITED STATES OF AMERICA**      )
                                  )
       **Plaintiff;**      )
                                  )
       **v.**              ) CR NO 05-0358 (RCL)
                                  )
                                  )
**MORTON L. WELLS,**              )
                                  )
       **Defendant.**       )

---

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

             /S/
        By:_____
        TONY W. MILES
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served this 4TH day of October 2005 upon BARRY WIEGAND, Office of the United States Attorney for the District of Columbia, 555 Fourth Street., N.W., Washington, D.C. 20538.

             /s/
        By:_____
        TONY W. MILES