UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 05-358 (RCL) |
| | : | |
| v | : | |
| | : | |
| **MORTON WELLS** | : | |

### ORDER

WHEREUPON, having considered the United States' Motion to Impeach Defendant with His Prior Convictions Pursuant to Rule 609, and the arguments contained therein, it is hereby

**ORDERED** that the United States' motion is hereby GRANTED.

_____     _____
DATE                                                                   ROYCE C. LAMBERTH
                                                                              U.S. DISTRICT COURT JUDGE

Copies to:

Tonya Sulia, AUSA
U.S. Attorney's Office
555 4th St., N.W.
Room 4243
Washington, DC 20530

Tony Miles, Esq.
Federal Public Defender
625 Indiana avenue, N.W.
Suite 550
Washington, D.C. 20004