UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No. 05-358 (RCL)** |
| : | |
| **MORTON L. WELLS** : | |
| : | |

## ORDER

Upon consideration of defendant's Motion to Suppress, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that all evidence seized in connection with case shall be suppressed.

**SO ORDERED**.


THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE


DATE:

Copies to:
AFPD Tony W. Miles
AUSA Tonya Sulia