UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : CRIMINAL No.  05-358 (RCL) |
| | : |
| **MORTON WELLS** | : |
| | : |

## ORDER

Upon consideration of the government's motion regarding Rule 609 admissibility, and defendant's opposition, it is this ____ day of _____ , 2005,  hereby

**ORDERED** that the government's Motion is **DENIED**; and that the government is precluded from using any evidence concerning any of Mr. Wells's prior convictions for impeachment purposes in the event Mr. Wells testifies at his trial.

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE


Copies to:

AFPD Tony Miles

AUSA Tonya Sulia