# ATTACHMENT A

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

For the entire premises known as 1042 Quebec Place Northwest Washington, D.C. The premise is described as a three-story brick row house located on the south side of the street. The premise has a light colored Iron Gate storm door. The premise has the numerals "1042" affixed to the front.

Your affiant, Officer Scott Pinto has been employed by the Metropolitan Police Department for three (3) years as a sworn member. I was also an auxiliary police officer in New Jersey for one year. During my tenure with the police department I have been involved in (100) narcotics related arrests and participated in (5) narcotics related search warrants in which quantities of narcotics, monies and firearms were seized.

Through your affiant's training and experience, I know that narcotics traffickers sell, store and secrete with in their residences narcotics, proceeds from drug sales, monies, ledgers, books, receipts, cutting agents and assorted drug paraphernalia. Narcotics traffickers also keep firearms readily available to protect themselves and their illegal activity. Narcotics traffickers also will store additional narcotics on the outside of their residence such as under a porch (front of back) on and under a window cell, inside porch handrails in addition to other small places attached to a house.

### INVESTIGATION

On December 6, 2004 your affiant affected the arrest of a subject known as Jared Deonte Wells, black male, 05/29/88, 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 of 1042 Quebec Place Northwest Washington, DC. The following is a summary of the events that led up to the arrest of Wells.

The affiant, along with my partner Officer Maurice Clifford were working the evening tour of duty in full uniform and operating departmentally issued mountain bikes. Officer Clifford and I were on patrol in the rear alley of the 1000 block of Quebec Pl. N.W. That area is a know high drug trafficking area, with several drug related arrests made by Officer Clifford and myself in that block. A recent letter from a concerned citizen (attachment "A") was sent to Officer Clifford and I about males selling and hiding drugs in the rear of 1016 Quebec Place, as well as 1042 Quebec Place N.W. 1042 Quebec Pl. N.W.  1042 Quebec Pl. N.W. is the respondent Jared Deonte Wells' residence. Your affiant and other members of PSA 404 get constant complaints at community meetings and numerous radio runs for this location for ongoing narcotics activity.

On December 6, 2004, Officer Clifford and I were on routine patrol in the rear alley of the 1000 block of Quebec Pl. N.W. due to these recent drug complaints and

arrest. We observed a male standing in the rear of 1016 Quebec Pl. N.W., throwing a small clear Ziploc bag from his right hand, as well as a small white cigarette. This male was later identified as Mr. David Fletcher. Additionally, there was a strong odor coming from the rear corner of 1016 Quebec Pl. N.W. Based on my knowledge and experience as a police officer, I was able to identify the odor as being consistent with that of marijuana. As my partner and I attempted to conduct a stop on Mr. Fletcher, we observed another male crouched at the rear of 1016 Quebec Pl. N.W. I immediately recognized this other male from prior police contacts as Jared Deonte Wells of 1042 Quebec Pl N.W. I had placed him under arrest exactly eight days prior on 11-28-04 for U.C.S.A. possession of cannibas in front of 1030 Quebec Pl N.W.

Officer Clifford and I observed that Mr. Wells was with two other individuals, later identified as Ray Eric Randall of 1016 Quebec Pl N.W. and a Yusuf Williams of 3708 13th St. N.W. All three individuals were ducking in the corner of that location. Mr. Wells had a black plastic bag in the left palm of his hand. The other two individuals were touching the bag, as well as each touching two medium clear Ziploc bags each containing approximately 150 smaller clear Ziploc bags. When the individuals observed my partner and I, Mr. Wells immediately took the black plastic bag and threw it into a rafter, in the wall belonging to 1016 Quebec Pl N.W., As Mr. Randal and Mr. Williams scrambled to stick the two clear medium Ziploc bags into an adjacent rafter also belonging to 1016 Quebec Pl N.W.

At that time all individuals were detained. Officer Clifford recovered a small red Ziploc containing a small amount of a green leafy substance later field tested with a positive color reaction indicating THC from under Mr. Wells's right foot. Officer Ellis recovered 2 medium clear Ziploc bags from the rafter. I was able to identify each of the bags as the ones I had observed Mr. Wells, Mr. Williams, and Mr. Randal holding. Further, they were the same bags that I had observed Mr. Williams and Mr. Randal place into the rafter. Officer Clifford than recovered another black plastic bag from the rafter, Officer Clifford and I were able to identify that black bag as the one Mr. Wells threw into the rafter. Officer Clifford opened the bag and discovered 28 small clear zips, each zip containing a green leafy substance. A partial amount was field tested by Officer Pinto and it returned a positive test result for THC.

Each of the individuals were placed under arrest. Mr. Wells was charged by the D.C. Superior Court with possession with the intent to distribute marijuana on 12-07-04. It is my experience as a police officer that the amount of marijuana found, with the amount of clear Ziploc bags recovered; it is consistent with drug distribution rather than personal consumption. Mr. Wells provided the address of 1042 Quebec Place N.W. at the time of his arrest and the same address is listed on his D.C. Driver's Permit.

Officer Clifford made an arrest previously that involved Mr. Wells' uncle, Javon Derrick Wells who also resides at 1042 Quebec Pl N.W. Mr. Javon Wells was placed

under arrest in reference to possession with the intent to distribute cocaine which occurred on 08/06/04 in the south alley of the 1300 block of Quincy ST N.W., which is a block away from 1042 Quebec Pl N.W.

Based on the above described facts and circumstances your affiant respectfully requests that a D.C. Superior Court Search Warrant be issued for the entire premises known as 1042 Quebec Place Northwest Washington, D.C. which is in violation of District of Columbia Narcotics Laws, of Title 33 of D.C. Code section 541.

_____
Affiant/Element

_____
Assistant US Attorney

Subscribed and sworn before me this \_\_10th\_\_ day of \_\_Dec.\_\_, 2004

_____
Judge for the
Superior Court of the
District of Columbia

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
SEARCH WARRANT

TO: CHIEF OF POLICE OR ANY OTHER LAW ENFORCEMENT OFFICER
(Specific law Enforcement Officer or Classification of Officer of the Metropolitan Police Department or other Authorized Agency)

AFFIDAVIT, herewith attached, having been made before me by, Officer Scott Pinto Badge 3101, Metropolitan Police Department Fourth District PSA 404 that he has probable cause to believe that in the premise described as a 1042 Quebec __ Northwest in the District of Columbia, there is now being concealed property, namely 1)narcotics and narcotics paraphernalia 2)records/papers relating to the distribution or possession of narcotics 3)records/papers relating to ownership or occupancy of the premises 4)any papers relating to the accumulation of assets derived from narcotics trafficking;

WHICH IS in violation D.C. code title 33 section 541 and as I am satisfied that there is probable cause to believe that the property so described is being concealed in the above designated premises and that the foregoing grounds for issuance of the warrant exist.

YOU ARE HEREBY AUTHORIZED within 10 days of the date of issuance of this warrant to search in the daytime/at any time of the day or night, the designated premises for the property specified, and if the property be found there

YOU ARE COMMANDED TO SEIZE IT, TO WRITE AND SUBSCRIBE in an inventory of the property seized, to leave a copy of this warrant and return, and to file a further copy of this warrant and return with the Court on the next Court day after its execution.

Issued this 10th day of Dec., 2004

_____
Judge, Superior Court of the District of Columbia

## RETURN

I received the above warrant on DEC. 10, 2004, 2004 and have executed it as follows: On Dec. 17th, 2004 at 718AM. I searched the premises described in the warrant and I left a copy of the warrant and return with Penny Wells properly posted.
(name of the person searched or owner, occupant, custodian or person present at place of search)

Entry: 0718   Exit: 0951 hrs.

The following is an inventory of the property taken pursuant to this warrant:

- Silver handgun
- Shotgun
- loose rounds ammunition
- photo id's
- personal papers
- green zips marijuana
- blue zip white rock
- digital scale
- US Currency
- Empty zips
- DMV papers
- Court papers

This inventory was made in the presence of Sgt. Black, Pinto, Ellis, Morris, Clifford, Hill, Burggraff, Longerbean.

I swear that this is a true and detailed account of all property taken by me under this warrant.

Scott S. Pinto
Executing Officer

Subscribed and sworn to before me this 20th day of December, 2004

Mary Ellen Abrecht
Judge, Superior Court of the District of Columbia