IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-358 (RCL)** |
| | : | |
| **v.** | : | |
| | : | |
| **MORTON L. WELLS,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael Harvey, at telephone number (202) 514-7646 and/or email address Michael.Harvey@usdoj.gov, and Assistant United States Attorney Frederick Yette, at telephone number (202) 353-1666 and/or email address Frederick.Yette@usdoj.gov. Michael Harvey and Frederick W. Yette, will substitute for Assistant United States Attorney Tonya Sulia, as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
Michael Harvey, #  447-465
Frederick Yette, # 385-391
Assistant United States Attorneys
Federal Major Crimes,
555 4th Street, NW,  Room 4229
Washington, DC 20530
(202) 514-7646
Michael.Harvey@usdoj.gov
Frederick.Yette@usdoj.gov