UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Case No. 05-358 (RCL) |
| | : | |
| **MORTON WELLS,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## GOVERNMENT'S MOTION FOR LEAVE TO LATE FILE ITS MOTION TO ADMIT OTHER CRIMES EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 404(B)

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for leave to late file its Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b). In support of this motion, the United States submits the following:

1. Undersigned counsel has only recently transferred into the Criminal Division of the United States Attorney's Office and been assigned primary responsibility for this matter from another attorney.

2. Due to the large volume of cases initially assigned to undersigned counsel and other administrative and trial responsibilities, the attached written motion could not be prepared earlier. Indeed, the motion is based on the older cases, the case files for which had to be ordered from United States Attorney's Office's archives.

3. Counsel for the defendant, Tony Miles, has indicated that the defendant objects to the filing of this motion. The defendant will not be prejudiced by the late filing of the government's motion, however, as it concerns matters that are otherwise routine. Further, the

trial date in this case is not until February 27, 2006.

    WHEREFORE, the United States respectfully requests that it be permitted to late file its Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b).

>Respectfully submitted,
>
>KENNETH L. WAINSTEIN
>United States Attorney
>Bar No. 451058
>
>_____
>
>G. MICHAEL HARVEY
>ASSISTANT UNITED STATES ATTORNEY
>D.C. Bar No. 447465
>555 4th St., N.W., Room 4243
>Washington, DC 20530
>(202) 305-2195; (202) 514-6010