UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | **Criminal Case No. 05-358 (RCL)** |
| : | |
| **MORTON WELLS,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

Upon consideration of the Government's Motion for Leave to Late File its Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b), and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Government's Motion be Granted; and it is hereby

ORDERED, that the Government's Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b) is hereby deemed filed.

_____
UNITED STATES DISTRICT JUDGE

copies to:

AUSA G. Michael Harvey
555 4th St., N.W., Room 4243
Washington, DC 20530

AFPD Tony Miles
625 Indiana Avenue, N.W.
Washington, D.C.  20004