UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 05-358 (RCL)** |
| | : | |
| **MORTON WELLS,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER**

Upon consideration of the Government's Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b), and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Government's Motion be Granted.

_____
UNITED STATES DISTRICT JUDGE

copies to:

AUSA G. Michael Harvey
555 4th St., N.W., Room 4243
Washington, DC 20530

AFPD Tony Miles
625 Indiana Avenue, N.W.
Washington, D.C.  20004