## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 05-358 (RCL) |
| v. | Judge Royce C. Lamberth |
| MORTON WELLS<br>      Defendant. | Trial Date: February 27, 2006 |

### GOVERNMENT'S UNOPPOSED MOTION TO DISMISS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests the Court to dismiss the indictment in the above-styled case, without prejudice. Undersigned counsel has discussed this motion with counsel for the defense, Tony Miles, and he has indicated that the defense does not object to this motion.

                                          Respectfully submitted,

                                          KENNETH L. WAINSTEIN
                                          UNITED STATES ATTORNEY

                                          _____/s/_____
                                          G. MICHAEL HARVEY
                                          DC BAR # 447465
                                          Assistant United States Attorney
                                          Federal Major Crimes
                                          555 Fourth Street, N.W.; Rm. 4243
                                          Washington, D.C. 20530
                                          (202) 305-2195