UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal Action No. 05-358 (RCL) |
| ) | |
| **MORTON WELLS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of the Government's Unopposed Motion [14] to Dismiss the indictment in the above-captioned case and the record herein, it is hereby

ORDERED that the Government's Unopposed Motion [14] to Dismiss is GRANTED without prejudice. All pending motions [6, 7, 8, 13] are denied as moot. The Clerk is directed to provide a copy of this Order to Pretrial Services.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, February 2, 2006.